**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (*pro hac vice* to be sought)
Hae Sung Nam (*pro hac vice* to be sought)
Frederic S. Fox (*pro hac vice* to be sought)
Donald R. Hall (*pro hac vice* to be sought)
Aaron L. Schwartz (*pro hac vice* to be sought)
850 Third Avenue
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7715
*rkaplan@kaplanfox.com*
*hnam@kaplanfox.com*
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*aschwartz@kaplanfox.com*

*Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

KONDOMAR HERRERA,

                      Plaintiff,

     v.

GOOGLE LLC,

                    Defendant.

Case No. 3:20-cv-7365-JCS

**NOTICE OF LODGING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**

1    TO THE COURT AND ALL PARTIES OF RECORD:

2        PLEASE TAKE NOTICE that on October 21, 2020, Plaintiff Kondomar Herrera filed an

3    administrative motion to consider whether the above-captioned matter should be related to *Epic*

4    *Games, Inc. v. Google LLC, et al.*, Case No. 3:20-cv-05671-JD, filed on August 13, 2020, and is

5    the first-filed and lowest-numbered action.

6        A copy of that filing is attached hereto as Exhibit A.

7

8                                              Respectfully submitted,

9    Dated:  October 21, 2020                  **KAPLAN FOX & KILSHEIMER LLP**

10                                             By: /s/ *Mario M. Choi*
                                                      Mario M. Choi
11
                                             Laurence D. King (SBN 206423)
12                                           Mario M. Choi (SBN 243409)
                                             1999 Harrison Street, Suite 1560
13                                           Oakland, CA 94612
                                             Telephone: 415-772-4700
14                                           Facsimile: 415-772-4707
                                             *lking@kaplanfox.com*
15                                           *mchoi@kaplanfox.com*

16                                           **KAPLAN FOX & KILSHEIMER LLP**
                                             Robert N. Kaplan (*pro hac vice* to be sought)
17                                           Hae Sung Nam (*pro hac vice* to be sought)
                                             Frederic S. Fox (*pro hac vice* to be sought)
18                                           Donald R. Hall (*pro hac vice* to be sought)
                                             Aaron L. Schwartz (*pro hac vice* to be sought)
19                                           850 Third Avenue
                                             New York, NY 10022
20                                           Tel.: (212) 687-1980
                                             Fax: (212) 687-7715
21                                           *rkaplan@kaplanfox.com*
                                             *hnam@kaplanfox.com*
22                                           *ffox@kaplanfox.com*
                                             *dhall@kaplanfox.com*
23                                           *aschwartz@kaplanfox.com*

24                                           *Counsel for Plaintiffs and the Proposed Class*

25

26

27

28