| | |
|---|---|
| Mario Choi, 243409<br>(415) 772-4700<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Representing: Plaintiff | File No. Google Antitrust |

United States District Court, Northern District of California

Northern District of California - District - San Francisco

| | |
|---|---|
| Kondomar Herrera, et al.<br><br>Plaintiff/Petitioner<br>vs.<br><br>Google LLC, a Delaware limited liability company<br><br>Defendant/Respondent | Case No. 3:20-cv-07365-JCS<br><br>Proof of Service of:<br>Summons, Complaint, Civil Case Cover Sheet, Notice of Lodging of Administrative Motion to Relate Cases, Order Setting Initial Case Management Conference and Alternative Dispute Resolution (ADR) Deadlines, Standing Order Regarding Covid-19 Procedures, Standing Order for All Judges of the Northern District of California, CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO, Electronic Case Filing (ECF) Registration Information, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent or Declination to Magistrate Judge Jurisdiction<br><br>Service on:<br>Google LLC, a Delaware limited liability company<br><br>Hearing Date:<br>Hearing Time:<br>Div/Dept: |

PROOF OF SERVICE

OL#15366486

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Mario Choi, 243409<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612 | (415) 772-4700 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Google Antitrust | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Kondomar Herrera, et al.

DEFENDANT:
Google LLC, a Delaware limited liability company    t al

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:20-cv-07365-JCS |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Case Cover Sheet, Notice of Lodging of Administrative Motion to Relate Cases, Order Setting Initial Case Management Conference and Alternative Dispute Resolution (ADR) Deadlines, Standing Order Regarding Covid-19 Procedures, Standing Order for All Judges of the Northern District of California, CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO, Electronic Case Filing (ECF) Registration Information, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent or Declination to Magistrate Judge Jurisdiction

2. Party Served: Google LLC, a Delaware limited liability company

3. Person Served: CSC - Susie Vang - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:    10/23/2020    1:30PM

5. Address, City and State:    2710 Gateway Oaks Drive, Suite 150N
                                Sacramento, CA 95833

6. Manner of Service:    Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Sacramento
Registration No.: 2006-06
Tyler Anthony DiMaria
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 10/23/2020 at Petaluma, California.

Signature: _____
Tyler Anthony DiMaria

OL# 15366486