Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KONDOMAR HERRERA,  )
　　　　　　　　　　　　　　　)  Case No: 3:20-cv-07365-JD
　　　　　　Plaintiff(s),　　　)
　　　　　　　　　　　　　　　)  **APPLICATION FOR**
　　v.　　　　　　　　　　　　)  **ADMISSION OF ATTORNEY**
　　　　　　　　　　　　　　　)  **PRO HAC VICE**
GOOGLE LLC,　　　　　　　　 )  (CIVIL LOCAL RULE 11-3)
　　　　　　　　　　　　　　　)
　　　　　　Defendant(s).　　 )
　　　　　　　　　　　　　　　)

　　　I, Hae Sung Nam, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Kondomar Herrera in the above-entitled action. My local co-counsel in this case is Laurence D. King, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue<br>New York, NY 10022 | Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland CA, 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 687-1980 | (415) 772-4700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| hnam@kaplanfox.com | lking@kaplanfox.com |

　　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2889400.

　　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/09/20　　　　　　　　　　　　　　　　　　　　Hae Sung Nam
　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　　IT IS HEREBY ORDERED THAT the application of Hae Sung Nam is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/10/2020

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE *October 2012*

PRO HAC VICE APPLICATION & ORDER